1  William Leiner, State Bar No. 255528
   william.leiner@disabilityrightsca.org
2  Salma E. Enan, State Bar No. 271336
   salma.enan@disabilityrightsca.org
3  Elissa Gershon, State Bar No. 169741
   elissa.gershon@disabilityrightsca.org
4  DISABILITY RIGHTS CALIFORNIA
   1330 Broadway, Suite 500
5  Oakland, CA 94612
   Tel.: (510) 267-1200
6  Fax: (510) 267-1201

7  Sarah Somers, State Bar No.170118
   somers@healthlaw.org
8  Martha Jane Perkins, State Bar No. 104784
   perkins@healthlaw.org
9  NATIONAL HEALTH LAW PROGRAM
   200 N. Greensboro Street, Ste. D-13
10 Carrboro, NC 27510
   Tel.: (919) 968-6308
11 Fax: (919) 968-8855

12 *(Counsel continued on next page)*

13 Attorneys for Plaintiffs

14         **UNITED STATES DISTRICT COURT**

15         **NORTHERN DISTRICT OF CALIFORNIA**

16 I. N., a minor, by and through her mother      Case No.: 3:18-cv-3099-WHA
   and *Guardian ad Litem*, Zarinah F.;
17 J. B., a minor by and through his mother       CLASS ACTION
   and *Guardian ad Litem*, Alisa B.,
18                                                **DECLARATION OF RICHARD
              Plaintiffs,                         SCHWARTZ IN SUPPORT OF
19        v.                                      PLAINTIFFS' MOTION FOR
                                                  REASONABLE ATTORNEYS' FEES,
20 JENNIFER KENT, Director of the                 EXPENSES AND COSTS**
   Department of Health Care Services;
21 State of California DEPARTMENT OF              Date:  August 8, 2019
   HEALTH CARE SERVICES,                          Time:  11:00 a.m.
22                                                Place: Courtroom 12, 19th Floor
              Defendants.                                Hon. William Alsup
23
24                                               Action Filed: May 24, 2018
25
26
27
28

1   Robert D. Newman, State Bar No. 86534
    rnewman@wclp.org
2   Mona Tawatao, State Bar No. 128779
    mtawatao@wclp.org
3   WESTERN CENTER ON LAW AND POVERTY
    3701 Wilshire Boulevard, Suite 208
4   Los Angeles, CA 90010-2826
    Tel.: (213) 487-7211
5   Fax: (213) 487-0242

6   Richard A. Schwartz, State Bar No. 267469
    rschwartz@bgrfirm.com
7   BROWNE GEORGE ROSS LLP
    2121 Avenue of the Stars, Suite 2800
8   Los Angeles, CA 90067
    Tel: (310) 274-7100
9   Fax: (310) 275-5697

10  Maria del Pilar Gonzalez Morales, State Bar No. 308550
    pilar.gonzalez@disabilityrightsca.org
11  Maria Iriarte, State Bar No. 150704
    maria.iriarte@disabilityrightsca.org
12  DISABILITY RIGHTS CALIFORNIA
    1111 Sixth Avenue, Suite 200
13  San Diego, CA 92104
    Tel.: (619) 239-7861
14  Fax: (619) 239-7906

15  Allen L. Lanstra, State Bar No. 251510
    allen.lanstra@probonolaw.com
16  Rachael Schiffman, State Bar No. 292005
    rachael.schiffman@probonolaw.com
17  300 S. Grand Avenue, Suite 3400
    Los Angeles, CA 90071
18  Tel.: (213) 687-5000
    Fax: (213) 687-5600

19

20

21

22

23

24

25

26

27

28

---

*I. N. v. KENT;* CASE NO.: 3:18-CV-3099-WHA; DECLARATION OF RICHARD SCHWARTZ IN SUPPORT
OF PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES, EXPENSES AND COSTS

1

## DECLARATION OF RICHARD A. SCHWARTZ

2     I, Richard A. Schwartz, declare and state as follows:

3     1.     I am an attorney at law, duly admitted to practice before this Court and all

4 courts of the State of California.  I am a partner with Browne George Ross LLP, and am

5 counsel of record for Plaintiffs I.N. and J.B. in this matter.  I submit this declaration in

6 support of Plaintiffs' Motion for Reasonable Attorneys' Fees, Expenses, and Costs in *I.N.*

7 *v. Kent,* Case No. 3:18-cv-3099 (the "Instant Case").  I have firsthand, personal knowledge

8 of the facts set forth below and if called as a witness could competently testify thereto.

9     ### My Experience and Qualifications

10     2.     I graduated from the Columbia University School of Law in 2009.  I am

11 admitted to practice law in California, as well as in the Eastern, Northern, and Central

12 District Courts of California, the Fourth, Ninth, and Tenth Circuit Courts of Appeals, and

13 the United States Supreme Court.

14     3.     From 2009 through 2015, I practiced law as a Trial Attorney for the United

15 States Department of Justice, Tax Division, Civil Trial Section, Western Region.  During

16 that time, I tried cases in federal district and bankruptcy courts, as well as the Bankruptcy

17 Appellate Panel for the Tenth Circuit.  A few of my noteworthy cases included *United*

18 *States v. McBride,* 908 F. Supp. 2d 1186, 1201 (D. Utah 2012) (two-day bench trial

19 resulting in first-of-its-kind victory at trial court level for willful failure to file Foreign

20 Bank Account Report); *Freedom From Religion Foundation, Inc. v. Geithner,* No. 2:09-

21 2894 (E.D. Cal.) (constitutional challenge to Internal Revenue Code § 107 on

22 Establishment Clause grounds); *Freedom From Religion Foundation v. Koskinen,* No. 12-

23 cv-818 (W.D. Wis.) (constitutional challenge to Internal Revenue Service's policies

24 regarding church electioneering); *Boardman v. Commissioner of Internal Revenue,* No.

25 2:12-cv-00639 (E.D. Cal.) (constitutional challenge to IRS regulations deeming war

26 protest arguments frivolous).  In 2012, I was awarded with the Outstanding Attorney

27 award by the U.S. Department of Justice, Tax Division.

28

1

*I. N. V. KENT;* CASE NO.: 3:18-CV-3099-WHA; DECLARATION OF RICHARD SCHWARTZ IN SUPPORT
OF PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES, EXPENSES AND COSTS

1    4.    In 2015, I joined Skadden, Arps, Slate, Meagher & Flom LLP as an associate

2  in its Los Angeles office.  While an associate at Skadden, I litigated a number of cases

3  involving sophisticated litigants and complex factual matters, both in state and federal

4  court.  I also worked on numerous pro bono matters in which I represented clients with

5  limited means and on matters of public importance.  For example, in a series of related

6  cases, I represented plaintiffs asserting state and federal fair housing violations against the

7  owners of several buildings in Koreatown, Los Angeles.  *Martinez, et al. v. Optimus*

8  *Properties, LLC, et al.,* No. 2:17-cv-03581 (C.D. Cal.); *Ramos, et al. v. Optimus*

9  *Properties, LLC, et al.,* No. 2:17-cv-03582 (C.D. Cal.); *Escamilla, et al. v. Optimus*

10  *Properties, LLC, et al.,* No. 2:17-cv-03583 (C.D. Cal.); *Allen, et al. v. Optimus Properties,*

11  *LLC, et al.,* No. 2:17-cv-03584 (C.D. Cal.); *Rivera, et al. v. Optimus Properties, LLC,*

12  *et al.,* No. 2:17-cv-03585 (C.D. Cal.); and *Guerrero, et al. v. Optimus Properties, LLC,*

13  *et al.,* Case No. 2:17-cv-03586 (C.D. Cal.).  The cases collectively settled for $2.5 million

14  and other non-monetary relief.  I also led several teams that wrote and filed amicus curiae

15  briefs with the United States Supreme Court, the California Supreme Court, the Fourth

16  Circuit Court of Appeals, and the Ninth Circuit Court of Appeals.

17    5.    I left Skadden to join Browne George Ross LLP as a partner in January

18  2019, during the pendency of the Instant Case.  I have continued to serve as counsel in the

19  Instant Case since then.

20    6.    My current resume is attached hereto as Exhibit A.

21                              **My Work On The Instant Case**

22    7.    I have been a member of the litigation team representing Plaintiffs in this

23  matter since 2017 (before the lawsuit was filed).  I have been involved in all aspects of

24  decision-making about litigation strategy and settlement. For example, I have reviewed

25  and provided feedback on several iterations of the Complaint before it was filed, helped

26  draft and revise a potential motion for class certification that was mooted by the settlement

27  reached in the above-captioned action, revised Plaintiffs' opposition to the Defendants'

28  motion to dismiss, and completed the vast majority of work in connection with the

2

discovery that occurred prior to the settlement of the claims in this action.  I have led discrete components of the case, including managing a discovery dispute that culminated in this Court ordering two additional depositions to further Defendants' compliance with interrogatories and requests for production of documents.

8.    In particular, I oversaw the drafting of Plaintiffs' responses to the Defendants' 54 requests for production and 68 interrogatories, and reviewed thousands of documents and communications that were responsive or potentially responsive to the Defendants' discovery requests.

9.    I also spent a significant amount of time negotiating with Defendants over their deficient responses to Plaintiffs' requests for production of documents and interrogatories.  Defendants fought back hard on a number of these requests, requiring a drawn-out, request-by-request meet-and-confer process instead of simply responding to our concerns in writing.  Defendants claimed that it would be too difficult to produce documents going back three years — even though their own studies made it clear that this time period was relevant to the challenged policies at issue in the Instant Case — and refused to agree to produce documents older than one year prior.

10.    Despite Plaintiffs' numerous efforts to resolve this dispute by meeting and conferring, Defendants refused to take further action to produce clearly responsive documents without an order compelling them to do so.  As a result of Defendants' refusal, I drafted a letter brief seeking judicial intervention.  That letter brief resulted in another meet-and-confer and a hearing in which the Court ordered Plaintiffs to depose Defendants' technology personnel to understand whether Defendants' burden objection was valid and the person most knowledgeable about Defendants' Private Duty Nursing access study. The Court also ordered Defendants to substantively respond to other discovery requests Defendants had feigned an inability to understand, which were directly relevant to the underlying issues in the Instant Case.

11.    I prepared for and attended the ensuing deposition of Defendants' designated technology deponent.  The deposition testimony made it clear that Defendants had the

3

ability to comply with discovery requests dating back further than one year, provided that exceptions were made for searching certain archived material. I engaged in follow-up rounds of correspondence with Defendants to obtain their agreement to produce documents that would fall within these revised constraints that took into account the difficulty of accessing certain archived data. Defendants were still slow to agree, and eventually, Defendants decided to offer substantive compromises in their litigation position rather than provide substantive responses to Plaintiffs' discovery.

12.     The discovery requests Plaintiffs issued would have exposed Defendants' inaction in the face of their obligation to arrange for in-home private duty nursing for Medical beneficiaries. Moreover, the discovery Plaintiffs were able to obtain as a result of the letter brief seeking an order to compel further discovery responses yielded valuable information from Defendants' deponent on the way in which Defendants' access study counted (or undercounted) the number of individuals facing significant problems in obtaining their Medical-mandated benefits. As a result, I believe that Plaintiffs' efforts to compel discovery responses from Defendants enhanced Plaintiffs' litigation position and helped lead to the settlement the parties have endorsed.

### My Billing

13.     In connection with the Instant Case, I have submitted a breakdown of hours I have expended leading up to the settlement agreement executed by the parties, which is attached hereto as Exhibit B. Consistent with my normal practice, I maintained contemporaneous time records showing discrete entries describing each item of work performed and recorded by tenths of an hour. I submitted that breakdown while I was still an associate at Skadden, Arps, where my billing rate was $975 per hour. Today, as a partner at Browne George Ross LLP, I charge clients up to $800 per hour for hourly work. Nonetheless, instead of submitting a claim in the Instant Case based on my normal billing rate, I instead submitted a claim for fees based on the equivalent billing rate for someone of my class year used by co-counsel at Disability Rights California (a respected non-profit), and therefore determined that my hourly rate should be claimed at $550 per hour.

4

*I. N. v. Kent;* Case No.: 3:18-cv-3099-WHA; Declaration of Richard Schwartz in Support of Plaintiffs' Motion for Reasonable Attorneys' Fees, Expenses and Costs

1  Even at that discounted rate, I exercised significant billing judgment in reducing the

2  number of hours I had spent litigating the Instant Case, and reduced the number of hours I

3  initially claimed **by 40%,** from over 350 billable hours down to 211.4 billable hours.  And,

4  even though I have spent a number of additional hours litigating the Instant Case since I

5  submitted that original fee claim, I have not increased or modified my portion of the

6  request for fees in this matter.  As a result, even though I would have billed over $345,000

7  to paying clients at Skadden, Arps for the work I had done on the Instant Case, I am only

8  submitting a fee claim for $116,270, approximately ***one-third of my normal billable***

9  ***amount.***

10      14.     Moreover, I did not submit any claims for fees that would have been

11  attributable to other lawyers at Skadden, Arps who assisted in the engagement for limited

12  periods of time or for employees who contributed to the Instant Case in purely supporting

13  roles (*e.g.,* attorneys who spent fewer than 40 hours on the case, paralegals, employees in

14  the copy center, secretarial work, etc.).  These reductions amount to 200.1 hours, or

15  $64,173.50 at discounted rates that are comparable to rates charged by other public interest

16  litigation organizations.  Thus, the actual reduction in fees claimed as a result of my

17  involvement in the Instant Case is even more than a two-thirds reduction.

18      15.     As previously indicated, I spent a significant number of hours specifically

19  litigating issues that Defendants put at issue in the Instant Case, including Defendants'

20  motion to dismiss, their deficient discovery responses, their unnecessary and irrelevant

21  discovery requests (necessitating document review of thousands of documents), and their

22  refusal to compromise in meet-and-confer sessions (necessitating both motion practice and

23  follow-up discovery).  Nonetheless, I believe that these efforts significantly contributed to

24  Defendants' agreement to compromise their position in this case, for the benefit of the

25  class members.

26  //

27  //

28  //

*I. N. v. Kent;* CASE NO.: 3:18-CV-3099-WHA; DECLARATION OF RICHARD SCHWARTZ IN SUPPORT
OF PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES, EXPENSES AND COSTS

1    Executed this 13th day of June, 2019, at Los Angeles, California.

2    I declare under penalty of perjury under the laws of the United States of America

3  that the foregoing is true and correct.

4
                                        /s/   Richard A. Schwartz
5                                      Richard A. Schwartz

6
         I hereby attest that I have on file all holograph signatures for any signatures
7
  indicated by a "conformed" signature (/s/) within this e-filed document.
8

9  Dated:  June 13, 2019              By:    /s/  William Leiner
                                            William Leiner
10                                          Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*I. N. v. Kent;* Case No.: 3:18-cv-3099-WHA; Declaration of Richard Schwartz in Support
of Plaintiffs' Motion for Reasonable Attorneys' Fees, Expenses and Costs

## <u>EXHIBIT A</u>

*I. N., et al. v. Jennifer Kent, et al.*
Case No. 3:18-CV-03099-WHA

**Resume for Richard Schwartz**

# <u>EXHIBIT A</u>

# Richard A. Schwartz

## EXPERIENCE

**Browne George Ross LLP**, Los Angeles, CA                    **January 2019 - Present**

*Partner*

- Manage all aspects of high-stakes litigation on behalf of sophisticated individuals and business entities from start to finish, including drafting briefs, arguing motions, negotiating settlements, and mediating claims.

*Representative Engagements*

- Represent high-profile actor in well-publicized defamation litigation arising out of her relationship with her former spouse.
- Assist in representing the City of Los Angeles in connection with defending class action litigation and prosecuting fraud claims stemming from botched upgrade of the Department of Water & Power's customer care and billing system.
- Litigate Doe client's negligence claims against elite private school following a teacher's sexual assault against the Doe student.
- Defend upstart luxury furniture staging business against trade secret misappropriation and unfair competition claims asserted by established regional monopoly.

**Skadden, Arps, Slate, Meagher & Flom LLP**, Los Angeles, CA        **March 2015 - January 2019**

*Senior Associate, Litigation*

- Drafted pleadings, discovery, correspondence, and motion papers, including dispositive motions, motions for injunctive relief, and discovery-related motions.
- Argued motions in court, including motions for summary judgment.
- Negotiated settlements, discovery disputes, and substantive issues with opposing counsel.
- Took fact and expert depositions; prepare fact and expert witnesses for depositions.

*Representative Engagements*

- Led team of seven attorneys representing a technology company in state court litigation involving claims of misappropriation of trade secrets and breach of contract.
- Obtained dismissal of putative class action alleging fraud and negligent misrepresentation against consumer technology company.
- Successfully litigated arbitration on behalf of investors of a venture capital fund involving fraud, breached contracts, and breached fiduciary duties.
- Obtained record-breaking settlement of fair housing claims involving seven multi-family residential buildings in Koreatown, Los Angeles.
- Drafted and filed *amicus curiae* briefs in the U.S. Supreme Court, the U.S. Court of Appeals for the Ninth and Fourth Circuits, and the California Supreme Court.
- Successfully settled client's fraud, negligent misrepresentation and breach of contract claims arising from the sale of a medical clinic.

**U.S. Department of Justice**, Washington, D.C.                **September 2009 - February 2015**

*Trial Attorney, Tax Division, Civil Section, Western Region*

- Represented the United States in litigation in diverse subject matters including individual tax liabilities, tax shelters, estate tax liabilities, transferee liability, and the constitutionality of statutes and policies subject to First Amendment challenges.
- Conducted and defended dozens of depositions.
- Successfully represented the United States as trial counsel, and obtained first judgment in a trial for a civil penalty for willful failure to file a Foreign Bank Account Report.
- Obtained victories for the United States in numerous dispositive motions hearings, often involving legal issues of first impression.
- *Honors*: Trial Attorney Award, 2012 and Nominated for Attorney General's Award, 2012

## EDUCATION

**Columbia Law School, Columbia University**, New York, NY

Juris Doctor, May 2009

| | |
|---|---|
| Honors: | James Kent Scholar Award, 2007-2008 |
| | Harlan Fiske Stone Scholar Award, 2006-2007, 2008-2009 |
| Activities: | Columbia Business Law Review, *Staff Member* |
| Papers: | Note: *A "Reasoned Analysis" of the FCC's 2007 Deregulation of Newspaper Broadcast Cross-Ownership Rules* |

**Claremont McKenna College**, Claremont, CA

Bachelor of Arts, May 2006 - Philosophy, Politics, & Economics (*Honors*) and Government

| | |
|---|---|
| Honors: | Graduated *cum laude*, Edward J. Sexton PPE Fellow |
| Thesis: | *A Crisis of Inquiry: Truth in an Age of Truthiness* |

# <u>EXHIBIT B</u>

*I. N., et al. v. Jennifer Kent, et al.*
Case No. 3:18-CV-03099-WHA

**Attorney Time for Richard Schwartz**

# <u>EXHIBIT B</u>

I. N., et al. v. Jennifer Kent, et al.

Attorney Work Product

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 10/16/17 | 0.30 | Correspond re: kick-off call. | - | 100% | 550 | - |
| Schwartz, Richard A. | 10/24/17 | 0.20 | Correspond with W. Leiner re: ████ team and task list. | - | 100% | 550 | - |
| Schwartz, Richard A. | 11/01/17 | 1.20 | Telephone call with W. Leiner and E. Gershon re: task division; review co-counseling agreement; discuss preferred tasks with R. Schiffman and C. Adriatico. | - | 100% | 550 | - |
| Schwartz, Richard A. | 11/02/17 | 1.20 | Discuss roles for R. Schiffman and C. Adriatico; correspond with team and W. Leiner re: next steps. | - | 100% | 550 | - |
| Schwartz, Richard A. | 11/07/17 | 0.30 | Review class demand letter. | - | 100% | 550 | - |
| Schwartz, Richard A. | 12/14/17 | 0.30 | Follow up with S. Horth-Neubert re: co-counseling agreement changes. | - | 100% | 550 | - |
| Schwartz, Richard A. | 01/26/18 | 0.30 | Review correspondence re: meeting with DHCS. | - | 100% | 550 | - |
| Schwartz, Richard A. | 01/30/18 | 0.20 | Correspond re: next steps in litigation. | - | 100% | 550 | - |
| Schwartz, Richard A. | 03/22/18 | 0.20 | Review draft email to DHCS. | - | 100% | 550 | - |
| Schwartz, Richard A. | 04/27/18 | 0.60 | Revise and recirculate draft co-counseling agreement. | - | 100% | 550 | - |
| Schwartz, Richard A. | 05/02/18 | 0.30 | Circulate email re: sharing documents among co-counsel. | - | 100% | 550 | - |
| Schwartz, Richard A. | 05/08/18 | 0.20 | Discuss litigation/team management strategy with R. Schiffman. | - | 100% | 550 | - |
| Schwartz, Richard A. | 05/09/18 | 0.20 | Discuss strategy re: named plaintiffs with W. Leiner. | - | 100% | 550 | - |
| Schwartz, Richard A. | 05/24/18 | 0.80 | Review documents filed with complaint. | - | 100% | 550 | - |
| Schwartz, Richard A. | 05/30/18 | 0.30 | Correspond re: whether to accept Magistrate Judge Sallie Kim and re: new declarants. | - | 100% | 550 | - |

I. N., et al. v. Jennifer Kent, et al.

Attorney Work Product

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 10/12/17 | 1.70 | Research case law regarding Medi-Cal reimbursement; conduct teleconference with R. Newman; send summary email to ▇▇▇ team; follow up on conflicts check. | 1.00 | 41% | 550 | 550.00 |
| Schwartz, Richard A. | 10/23/17 | 2.10 | Review case law re: early and periodic screening and diagnostic testing; teleconference with WCLP, DRC, and NHeLP; discuss ▇▇▇ involvement with A. Lanstra; submit conflicts request information. | 1.30 | 38% | 550 | 715.00 |
| Schwartz, Richard A. | 10/26/17 | 2.40 | Review and comment on draft complaint. | 1.80 | 25% | 550 | 990.00 |
| Schwartz, Richard A. | 11/03/17 | 1.50 | Teleconference with team re: demand letter and state law claims; re-draft co-counseling agreement; research re: state law claims. | 0.70 | 53% | 550 | 385.00 |
| Schwartz, Richard A. | 11/04/17 | 1.90 | Draft co-counseling agreement; research overlap of federal and state law claims. | 1.00 | 47% | 550 | 550.00 |
| Schwartz, Richard A. | 11/08/17 | 1.40 | Discuss expense reimbursement limits; revise co-counseling agreement; review draft demand letter. | 0.40 | 71% | 550 | 220.00 |
| Schwartz, Richard A. | 11/09/17 | 0.70 | Follow up re: co-counseling agreement and class certification motion. | 0.30 | 57% | 550 | 165.00 |
| Schwartz, Richard A. | 11/15/17 | 1.00 | Telephone call with R. Newman, M. Tawatao, and S. Enan re: class certification motion strategy and issues. | 0.70 | 30% | 550 | 385.00 |
| Schwartz, Richard A. | 11/16/17 | 2.40 | Teleconference re: class definition, class certification motion, co-counseling agreement; research evidence used in class certification motions. | 1.60 | 33% | 550 | 880.00 |
| Schwartz, Richard A. | 11/20/17 | 2.80 | Research evidentiary issues related to class certification and preliminary injunction; teleconference with team re: declarations that might be assembled. | 1.90 | 32% | 550 | 1,045.00 |
| Schwartz, Richard A. | 11/22/17 | 0.40 | Review letter from DHCS re: meeting. | 0.20 | 50% | 550 | 110.00 |
| Schwartz, Richard A. | 11/27/17 | 0.80 | Research and draft email re: proposed class definition. | 0.30 | 63% | 550 | 165.00 |

I. N., et al. v. Jennifer Kent, et al.

Attorney Work Product

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 09/27/18 | 0.30 | Correspond with S. Enan re: discovery meet-and-confer. | - | 100% | 550 | - |
| Schwartz, Richard A. | 11/28/17 | 2.80 | Teleconference re: response to demand letter; research and circulate email re: class definition; review and comment on proposed questionnaire for Home Health Agencies; assign tasks re: class certification motion; begin researching and drafting class certification motion section. | 2.00 | 29% | 550 | 1,100.00 |
| Schwartz, Richard A. | 11/29/17 | 0.30 | Review proposed edits to co-counseling agreement; research issues re: class certification standard. | 0.20 | 33% | 550 | 110.00 |
| Schwartz, Richard A. | 11/30/17 | 4.50 | Discuss proposed class definition; research and draft sections on class certifiability under Rule 23(b)(2); review proposed changes to co-counseling agreement. | 3.00 | 33% | 550 | 1,650.00 |
| Schwartz, Richard A. | 12/06/17 | 1.30 | Revise argument section for motion for class certification. | 0.80 | 38% | 550 | 440.00 |
| Schwartz, Richard A. | 12/07/17 | 3.10 | Revise section of class certification motion re: Rule 23(b)(2). | 1.50 | 52% | 550 | 825.00 |
| Schwartz, Richard A. | 12/08/17 | 3.50 | Revise supporting declarations. | 2.00 | 43% | 550 | 1,100.00 |
| Schwartz, Richard A. | 12/11/17 | 0.50 | Review email memorandum re: proposed clients. | 0.20 | 60% | 550 | 110.00 |
| Schwartz, Richard A. | 12/12/17 | 1.70 | Prepare for and attend teleconference re: meeting with DHCS and prospective named plaintiffs. | 1.00 | 41% | 550 | 550.00 |
| Schwartz, Richard A. | 12/21/17 | 0.30 | Review proposed scope of work for expert witnesses. | 0.20 | 33% | 550 | 110.00 |
| Schwartz, Richard A. | 12/26/17 | 0.60 | Teleconference with DRC personnel re: next steps to file Complaint, motion for class certification and motion for preliminary injunction. | 0.40 | 33% | 550 | 220.00 |
| Schwartz, Richard A. | 01/05/18 | 0.80 | Draft engagement letter template for experts; draft expert retention letter for Health Management Associates. | 0.50 | 38% | 550 | 275.00 |
| Schwartz, Richard A. | 01/08/18 | 1.10 | Revise and discuss co-counseling agreement. | - | 100% | 550 | - |

I. N., et al. v. Jennifer Kent, et al.

Attorney Work Product

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 01/09/18 | 1.80 | Attend telephone call re: to do items; follow-up re: co-counseling agreement; review documents collected by DRC. | 1.10 | 39% | 550 | 605.00 |
| Schwartz, Richard A. | 01/10/18 | 1.30 | Discuss co-counseling agreement and expert retention letter policies with S. Horth-Neubert; discuss expert retention with S. Enan; review documents and declarations relevant to class certification motion. | 0.40 | 69% | 550 | 220.00 |
| Schwartz, Richard A. | 01/11/18 | 1.40 | Analyze and comment on draft declarations. | 0.60 | 57% | 550 | 330.00 |
| Schwartz, Richard A. | 01/16/18 | 1.30 | Research potential mootness issue; discuss litigation strategy moving forward in light of pending budget bill with W. Leiner. | 0.50 | 62% | 550 | 275.00 |
| Schwartz, Richard A. | 01/20/18 | 0.50 | Review draft correspondence to DHCS re: resolution of nursing claims without litigation. | 0.20 | 60% | 550 | 110.00 |
| Schwartz, Richard A. | 01/22/18 | 1.20 | Review demand letter prior to teleconference; discuss expert retention with S. Enan. | 0.70 | 42% | 550 | 385.00 |
| Schwartz, Richard A. | 01/23/18 | 1.30 | Teleconference re: next steps; follow up re: co-counsel agreement. | 0.50 | 62% | 550 | 275.00 |
| Schwartz, Richard A. | 03/20/18 | 1.00 | Teleconference re: prospective litigation planning. | 0.50 | 50% | 550 | 275.00 |
| Schwartz, Richard A. | 04/11/18 | 1.00 | Teleconference to discuss proposed class action vehicle and preliminary remedies. | 0.50 | 50% | 550 | 275.00 |
| Schwartz, Richard A. | 04/17/18 | 1.00 | Telephone call to discuss litigation strategy going forward. | 0.80 | 20% | 550 | 440.00 |
| Schwartz, Richard A. | 04/24/18 | 1.90 | Telephone call re: litigation strategy; revise engagement letter and co-counseling agreement. | 0.80 | 58% | 550 | 440.00 |
| Schwartz, Richard A. | 05/01/18 | 2.10 | Telephone call with litigation team re: strategy; telephone call with A. Lanstra re: staffing and other issues. | 0.90 | 57% | 550 | 495.00 |
| Schwartz, Richard A. | 05/02/18 | 0.90 | Review draft complaint; provide feedback. | 0.70 | 22% | 550 | 385.00 |
| Schwartz, Richard A. | 05/03/18 | 2.00 | Review draft complaint and provide feedback; draft talking points re: use of ██████ name in litigation. | 0.80 | 60% | 550 | 440.00 |

I. N., et al. v. Jennifer Kent, et al.

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

Attorney Work Product

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 05/04/18 | 4.10 | Review and respond to comments re: co-counseling agreement; discuss proper state defendant with S. Somers; review and comment on draft declaration of ███. | 3.00 | 27% | 550 | 1,650.00 |
| Schwartz, Richard A. | 05/07/18 | 2.90 | Review and provide comments on declaration of ███ ███; review email correspondence re: viability of ██ as named plaintiff. | 2.00 | 31% | 550 | 1,100.00 |
| Schwartz, Richard A. | 05/10/18 | 1.00 | Telephone call to discuss strategy re: named plaintiff. | 0.70 | 30% | 550 | 385.00 |
| Schwartz, Richard A. | 05/15/18 | 1.00 | Telephone call re: complaint filing strategy. | 0.50 | 50% | 550 | 275.00 |
| Schwartz, Richard A. | 05/18/18 | 2.20 | Correspond re: co-counseling agreement revisions; draft engagement letters; review facts re: new potential plaintiff. | 1.00 | 55% | 550 | 550.00 |
| Schwartz, Richard A. | 05/21/18 | 3.60 | Review and revise draft complaint; revise and circulate draft engagement letter. | 2.50 | 31% | 550 | 1,375.00 |
| Schwartz, Richard A. | 05/22/18 | 3.50 | Review and revise draft co-counseling agreement; comment on draft press release; telephone conference re: finalizing complaint; revise and finalize engagement letter; correspond with clients re: scope of engagement. | 2.50 | 29% | 550 | 1,375.00 |
| Schwartz, Richard A. | 05/23/18 | 2.30 | Review and provide feedback on near-final draft of complaint; discuss need for application to proceed pseudonymously with E. Gershon. | 1.50 | 35% | 550 | 825.00 |
| Schwartz, Richard A. | 05/29/18 | 1.40 | Teleconference re: preliminary injunction motion, whether to accept magistrate judge, Rule 26 disclosures and conference. | 1.00 | 29% | 550 | 550.00 |
| Schwartz, Richard A. | 09/20/18 | 4.50 | Discuss case status with R. Schiffman; review email correspondence and pleadings; discuss strategy re: discovery meet-and-confer. | 0.80 | 82% | 550 | 440.00 |
| Schwartz, Richard A. | 09/21/18 | 3.90 | Review Defendants' discovery responses; draft talking points for meet-and-confer with Defendants. | 3.00 | 23% | 550 | 1,650.00 |

I. N., et al. v. Jennifer Kent, et al.

Attorney Work Product

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 09/24/18 | 1.80 | Research and comment on proposed FRCP 30(b)(6) notice; review pleadings filed in connection with motion to dismiss. | 1.00 | 44% | 550 | 550.00 |
| Schwartz, Richard A. | 09/25/18 | 2.80 | Research and comment on proposed FRCP 30(b)(6) notice; review and revise meet-and-confer correspondence. | 2.00 | 29% | 550 | 1,100.00 |
| Schwartz, Richard A. | 09/26/18 | 3.10 | Review discovery requests and responses, discovery correspondence, and draft meet-and-confer letter; review pleadings filed in connection with motion to dismiss. | 1.90 | 39% | 550 | 1,045.00 |
| Schwartz, Richard A. | 09/28/18 | 2.10 | Review pleadings in connection with motion to dismiss in preparation for hearing. | 0.50 | 76% | 550 | 275.00 |
| Schwartz, Richard A. | 10/01/18 | 1.50 | Review pleadings in connection with motion to dismiss in preparation for hearing. | 0.50 | 67% | 550 | 275.00 |
| Schwartz, Richard A. | 10/02/18 | 2.10 | Develop and ask questions for motion hearing preparation; coordinate meet-and-confer re: discovery requests. | 1.00 | 52% | 550 | 550.00 |
| Schwartz, Richard A. | 10/03/18 | 2.50 | Develop and ask questions for motion hearing preparation; participate as judge in moot court. | 1.00 | 60% | 550 | 550.00 |
| Schwartz, Richard A. | 10/04/18 | 3.80 | Discuss results of hearing on motion to dismiss; discuss discovery priorities re: class certification motion with R. Newman and S. Enan; review defendants' discovery requests. | 2.50 | 34% | 550 | 1,375.00 |
| Schwartz, Richard A. | 10/05/18 | 2.20 | Telephone call re: class certification discovery needed; coordinate meet-and-confer with Defendants. | 1.50 | 32% | 550 | 825.00 |
| Schwartz, Richard A. | 10/08/18 | 4.50 | Draft responses to requests for production and interrogatories; telephone call with team re: discovery needed for class certification. | 3.50 | 22% | 550 | 1,925.00 |
| Schwartz, Richard A. | 10/09/18 | 8.10 | Prepare for meet-and-confer; research and draft requests for inspection; revise requests for admission; draft objections to discovery requests; discuss initial disclosures production protocol. | 7.00 | 14% | 550 | 3,850.00 |

I. N., et al. v. Jennifer Kent, et al.

Attorney Work Product

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 10/10/18 | 7.80 | Prepare for and conduct meet-and-confer re: Defendants' discovery deficiencies; draft meet-and-confer letter; discuss next steps in discovery with broader team. | 5.80 | 26% | 550 | 3,190.00 |
| Schwartz, Richard A. | 10/11/18 | 4.90 | Complete and send meet-and-confer letter re: 10-10-18 meet and confer; draft responses and objections to interrogatories from DHCS to J.B. and I.N. | 4.00 | 18% | 550 | 2,200.00 |
| Schwartz, Richard A. | 10/12/18 | 6.80 | Draft responses and objections to Defendants' interrogatories and requests for production of documents; discuss strategy for propounding deposition notice and related discovery with E. Gershon and W. Leiner. | 5.00 | 26% | 550 | 2,750.00 |
| Schwartz, Richard A. | 10/15/18 | 6.90 | Research and draft motion to compel letter brief re: defendants' failure to produce documents and respond to interrogatories. | 5.00 | 28% | 550 | 2,750.00 |
| Schwartz, Richard A. | 10/16/18 | 1.10 | Teleconference with team re: discovery letter brief/meet-and-confer strategy, expert retention issues. | 0.50 | 55% | 550 | 275.00 |
| Schwartz, Richard A. | 10/16/18 | 6.60 | Revise, finalize and file discovery letter brief (and attachments); draft and file administrative motion to seal exhibit to discovery letter brief (and supporting documents). | 5.50 | 17% | 550 | 3,025.00 |
| Schwartz, Richard A. | 10/17/18 | 1.10 | Contact prospective experts re: retention; discuss expert retention strategy with R. Schiffman, S. Somers, R. Newman, and E. Gershon. | 0.50 | 55% | 550 | 275.00 |
| Schwartz, Richard A. | 10/17/18 | 4.20 | Review Judge Alsup's order re: discovery letter brief; review Defendants' letter response to letter brief; assemble documents and plan strategy for 10/22/18 hearing. | 2.70 | 36% | 550 | 1,485.00 |
| Schwartz, Richard A. | 10/18/18 | 3.30 | Discuss meet-and-confer and strategy hearing with A. Lanstra; send correspondence to C. Tsai re: meet-and-confer; prepare for meet-and-confer and hearing. | 2.00 | 39% | 550 | 1,100.00 |
| Schwartz, Richard A. | 10/19/18 | 1.60 | Prepare for hearing re: discovery dispute; review email from C. Tsai re: proposed custodians. | 1.20 | 25% | 550 | 660.00 |

I. N., et al. v. Jennifer Kent, et al.

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

Attorney Work Product

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 10/22/18 | 5.10 | Travel for discovery meet-and-confer and hearing; prepare for discovery meet-and-confer and hearing; draft follow-up communication. | 4.00 | 22% | 550 | 2,200.00 |
| Schwartz, Richard A. | 10/22/18 | 5.90 | Travel for discovery meet-and-confer and hearing; prepare for discovery meet-and-confer and hearing; conduct discovery meet-and-confer; attend hearing; report results of hearing to litigation team; telephone call with eDiscovery consulting expert. | 4.00 | 32% | 550 | 2,200.00 |
| Schwartz, Richard A. | 10/23/18 | 5.50 | Telephone call with team re: upcoming depositions and revisions to discovery; draft and send discovery meet-and-confer letter; prepare for deposition of ESI deponent. | 4.50 | 18% | 550 | 2,475.00 |
| Schwartz, Richard A. | 10/24/18 | 6.30 | Prepare for deposition of ███████; draft deposition outline; coordinate document harvest and review process. | 5.00 | 21% | 550 | 2,750.00 |
| Schwartz, Richard A. | 10/25/18 | 6.70 | Prepare for deposition of ███████; draft deposition outline; coordinate document harvest and review process; draft discovery letter re: requests for inspection; correspond with prospective expert. | 4.10 | 39% | 550 | 2,255.00 |
| Schwartz, Richard A. | 11/19/18 | 3.00 | Review and revise time entries for fee request calculation; review memoranda re: Alsup. | - | 100% | 550 | 0 |
| Schwartz, Richard A. | 10/26/18 | 7.50 | Revise and finalize meet-and-confer letter re: Requests for Inspection; draft outline for deposition of technology representative; review objections to deposition notice; research case law re: relevance objections and instructions not to answer; coordinate harvest and review of documents responsive to discovery requests; review and revise declaration of ██████. | 5.00 | 33% | 550 | 2,750.00 |
| Schwartz, Richard A. | 10/27/18 | 1.70 | Develop coding pane for document review; develop search terms for privilege review; review preliminary search term hit report. | 1.50 | 12% | 550 | 825.00 |

Attorney Work Product

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 10/29/18 | 7.60 | Prepare for deposition of ▮▮▮; discuss deposition of ▮▮▮ ▮▮▮ with E. Gershon; telephone call with prospective expert; review documents for production. | 4.50 | 41% | 550 | 2,475.00 |
| Schwartz, Richard A. | 10/30/18 | 10.40 | Prepare for, travel to, attend, and summarize deposition of ▮▮ ▮▮▮; review documents for document production; review email correspondence re: discovery. | 8.00 | 23% | 550 | 4,400.00 |
| Schwartz, Richard A. | 10/31/18 | 9.20 | Discuss status of document collection and production with W. Leiner, E. Gershon, R. Schiffman; telephone call re: discovery and settlement strategy; draft meet-and-confer letter; coordinate remainder of document collection and tagging with R. Schiffman, L. Johnston and A. Galang; review documents for document production. | 6.90 | 25% | 550 | 3,795.00 |
| Schwartz, Richard A. | 11/29/18 | 5.70 | Review and assemble correspondence re: outstanding discovery items; draft meet-and-confer letter re: all outstanding discovery. | - | 100% | 550 | 0 |
| Schwartz, Richard A. | 11/30/18 | 3.20 | Continue drafting discovery meet-and-confer letter (2.8); review correspondence re: settlement conference. | - | 100% | 550 | 0 |
| Schwartz, Richard A. | 12/03/18 | 0.30 | Review filed stipulation re: new deadlines. | - | 100% | 550 | 0 |
| Schwartz, Richard A. | 11/01/18 | 8.20 | Conduct training re: document review for production; coordinate document collection and harvest; review draft RFP and Interrogatory responses; discuss strategy re: deposition scheduling; review documents for production. | 6.00 | 27% | 550 | 3,300.00 |
| Schwartz, Richard A. | 11/02/18 | 6.00 | Review documents for document production; coordinate document collection and review; discuss settlement conference status. | 4.50 | 25% | 550 | 2,475.00 |
| Schwartz, Richard A. | 11/03/18 | 7.40 | Review and QC documents for production; answer questions re: document review; coordinate document production process | 5.50 | 26% | 550 | 3,025.00 |

I. N., et al. v. Jennifer Kent, et al.

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 11/04/18 | 6.80 | Review and QC documents for production; coordinate document production process. | 5.10 | 25% | 550 | 2,805.00 |
| Schwartz, Richard A. | 11/05/18 | 5.10 | Finalize review and QC of documents for production and interrogatory responses for service; correspond re: stipulation staying deadlines pending settlement negotiations. | 4.50 | 12% | 550 | 2,475.00 |
| Schwartz, Richard A. | 11/06/18 | 9.10 | Review final set of documents for production; team teleconference re: settlement strategy, deadline extensions, and expert retention. | 7.00 | 23% | 550 | 3,850.00 |
| Schwartz, Richard A. | 11/07/18 | 8.20 | Review final set of documents for production and coordinate production format with vendor; telephone call with Health Management Associates re: expert retention. | 6.10 | 26% | 550 | 3,355.00 |
| Schwartz, Richard A. | 11/08/18 | 6.60 | Finish review of second set of documents for production; quality control searches on second set of documents for production; discuss agreement re: discovery responses with W. Leiner. | 5.00 | 24% | 550 | 2,750.00 |
| Schwartz, Richard A. | 11/09/18 | 3.30 | QC and review document production before service; review defendants' production of documents. | 2.50 | 24% | 550 | 1,375.00 |
| Schwartz, Richard A. | 11/13/18 | 3.40 | Teleconference with team re: expert retention options, expert fee recoverability; review and identify deficiencies in document production made by Defendants; draft supplemental engagement letter re: ▮▮▮▮; assemble hours estimate for settlement conference. | 1.50 | 56% | 550 | 825.00 |
| Schwartz, Richard A. | 11/14/18 | 4.20 | Review documents produced by defendants; discuss and analyze ▮▮▮▮ attorneys' claims for attorneys' fees; edit correspondence to Defendants re: document production. | 2.00 | 52% | 550 | 1,100.00 |
| Schwartz, Richard A. | 11/15/18 | 3.00 | Review case correspondence; review policy documents produced by Defendants; review amended initial disclosures produced by Defendants. | 0.50 | 83% | 550 | 275.00 |

I. N., et al. v. Jennifer Kent, et al.

U.S.D.C., Northern District of California, Case No. 3:18-cv-03099 WHA

| Timekeeper | Tran. Date | Base Hours | Narrative | Revised Hours | Percent Reduction | Billable Rate applied | Dollar Value |
|---|---|---|---|---|---|---|---|
| Schwartz, Richard A. | 11/16/18 | 4.10 | Revise time entries for staff re: fee request calculation; review and research settlement proposal; review incoming document production. | 0.50 | 88% | 550 | 275.00 |
| Schwartz, Richard A. | 11/20/18 | 6.70 | Team call re: settlement proposal, new plaintiffs, expert retention; review and comment on research memorandum re: discoverability of expert communications; facilitate document collection and production process; finalize expert retention letter for ███████; review boilerplate contract offered in settlement proposal; review settlement agreement in similar case for settlement discussions; review and revise fee request estimates; discuss engagement letter provisions for new plaintiffs with W. Leiner. | 3.00 | 55% | 550 | 1,650.00 |
| Schwartz, Richard A. | 11/21/18 | 4.60 | Review and revise fee request estimates; discuss timing of adding additional plaintiffs with W. Leiner; identify additional documents for supplemental production; review documents for supplemental production. | 0.80 | 83% | 550 | 440.00 |
| Schwartz, Richard A. | 11/26/18 | 5.10 | Review documents queued up for production; quality control documents for production; draft email memorandum to team re: discoverability of expert communications; review draft response to settlement agreement. | 1.80 | 65% | 550 | 990.00 |
| Schwartz, Richard A. | 11/27/18 | 6.50 | Prepare documents for production; analyze and revise draft response to settlement agreement; teleconference with co-counsel re: settlement proposal; draft and revise correspondence re: outstanding discovery. | 1.50 | 77% | 550 | 825.00 |
| Schwartz, Richard A. | 11/28/18 | 3.60 | Assist in preparation of documents for deposition of J. Cooper; review and analyze revision to proposed settlement agreement; review correspondence to defendants. | 1.00 | 72% | 550 | 550.00 |
| **Totals** | | 354.40 | | 211.40 | 40% | | 116,270.00 |