1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| I. N., a minor, by and through her mother and *Guardian ad Litem*, Zarinah F.; J. B., a minor by and through his mother and *Guardian ad Litem*, Alisa B., <br><br> Plaintiffs, <br> v. <br><br> JENNIFER KENT, Director of the Department of Health Care Services; State of California DEPARTMENT OF HEALTH CARE SERVICES, <br><br> Defendants. | Case No.: 3:18-cv-3099-WHA <br><br> CLASS ACTION <br><br> **[PROPOSED] JUDGMENT PURSUANT TO CLASS ACTION SETTLEMENT AGREEMENT** <br><br> Date: September 12, 2019 <br> Time: 11:00 a.m. <br> Place: Courtroom 12, 19th Floor <br> Hon. William Alsup <br><br> Action Filed: May 24, 2018 |

18
19
20
21
22
23
24
25
26
27
28

1

This matter came before the Court on August 8, 2019 and September 12, 2019 for final approval of the class action settlement and Plaintiffs' motion for attorneys' fees and costs. Full and adequate notice having been given to the Class as required in the Court's Order Granting Preliminary Approval of Class Settlement, dated April 7, 2019 (ECF No. 107), and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.  The Court hereby APPROVES the settlement set forth in the Settlement Agreement pursuant to Federal Rule of Civil Procedure 23 and finds that: (a) the Settlement Agreement (ECF No. 102-1) and the settlement contained therein, are, in all respects, fair, reasonable, and adequate, and in the best interest of the Class members; (b) there was no collusion between or among the Parties in reaching the agreement set forth in the Settlement Agreement; and (c) the Settlement Agreement was the product of informed, arm's-length negotiations among competent counsel, with the assistance of Magistrate Judge Jacqueline Scott Corley.

2.  This Court has jurisdiction over the subject matter of the litigation and over all parties to the litigation, including all Class members. For the purposes of this Judgment, the term "Class member" refers to "All Medi-Cal beneficiaries who are EPSDT eligible and for whom Medi-Cal Private Duty Nursing Services have been approved."

3.  Judgment is entered pursuant to the terms of the Settlement Agreement incorporated herein, as though fully set forth, and attached as Exhibit A to this Judgment. The Parties are hereby directed to implement the Settlement Agreement according to its terms and provisions.

4.  The Court awards Class Counsel $435,000 for attorneys' fees and costs pursuant to the terms of the Settlement Agreement and Plaintiffs' Motion for Reasonable Attorneys' Fees, Expenses, and Costs (ECF No. 110). Pursuant to paragraph 29 of the Settlement Agreement, Defendants will remit to Disability Rights California the amount of $435,000. Two separate payments will be made according to the following schedule. The

first payment of $217,500 will be remitted within 90 days of the date of the next available appropriation or budget authority following this Judgment, pursuant to paragraph 29 of the Settlement Agreement.  The second payment of $217,500 will be remitted within 90 days of expiration of the Court's jurisdiction, as defined in paragraph 36 of the Settlement Agreement.  If applicable, interest will accrue according to the terms of the Settlement Agreement, except that Defendants shall not owe interest for the period prior to the 91st day following the expiration of the Court's jurisdiction, as defined in paragraph 36 of the Settlement Agreement.

5.    The Court hereby retains continuing jurisdiction pursuant to paragraph 36 of the Settlement Agreement to enforce the terms of the agreement.

6.    This Judgment is binding against all the Parties, their successors in office, and their respective officers, agents and employees, and all others acting in concert with them.

7.    There is no just reason to delay the entry of this Judgment and immediate entry by the Clerk of the Court is expressly directed.

8.    The Court hereby sets a status conference for March 26, 2020 at 11:00 AM.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED:    September 30, 2019.                                              _____

Hon. William Alsup

*I. N. v. Kent;* CASE NO.: 3:18-CV-3099-WHA; [PROPOSED] JUDGMENT PURSUANT TO CLASS ACTION SETTLEMENT AGREEMENT